### 7833.  VICTOR v. BROAD STREET HOTEL COMPANY.

BLOODWORTH, J.  A judgment on issues of fact, rendered by a judge who by consent tried the case without a jury, will not be set aside by this court when it appears that the evidence, though conflicting, was sufficient to support his finding.  *Small* v. *Charleston Bagging Mfg. Co.*, 102 *Ga.* 585 (27 S. E. 763).

Judgment affirmed. *Broyles, P. J., and Jenkins, J., concur.*
DECIDED MARCH 20, 1917.

Action on contract; from city court of Floyd county—Judge John K. Davis presiding.  June 21, 1916.

*Eubanks & Mebane,* for plaintiff in error.
*Barry Wright, Denny & Wright,* contra.

---

### 7842.  HIND v. CENTRAL TRUST COMPANY OF MACON, GEORGIA.

BROYLES, P. J.  Under section 6204 of the Civil Code of 1910, and repeated rulings of the Supreme Court and of this court, the first grant of a new trial will not be disturbed by the reviewing court, unless the plaintiff in error shows that the judge abused his discretion in granting it, and that the law and facts require the verdict notwithstanding the judgment of the trial judge.  The law and the facts in this case do not require the verdict rendered, and the judge did not abuse his discretion in the first grant of a new trial.

Judgment affirmed. *Jenkins and Bloodworth, JJ., concur.*
DECIDED MARCH 20, 1917.  REHEARING DENIED MARCH 30, 1917.

Complaint; from city court of Albany—Judge Jones.  August 11, 1916.

*Yeomans & Wilkinson,* for plaintiff in error.
*Pope & Bennet,* contra.